# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        v.             Crim. No. 7:17-CR-81-1H

**FLETCHER JUNIOR MCINTYRE**

    On December 23, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       /s/ Van R. Freeman, Jr.  
                                       Van R. Freeman, Jr.  
                                       Deputy Chief U.S. Probation Officer  
                                       150 Rowan Street Suite 110  
                                       Fayetteville, NC 28301  
                                       Phone: 910-354-2542  
                                       Executed On: January 19, 2021

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

    Dated this __21st__ day of __January__, 2021.

                                                Malcolm J. Howard  
                                              Senior U.S. District Judge